IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR J. BENNETT and<br>JENNIFER BENNETT, his wife, | : Civil Action No. 3:23-CV-142<br>: |
| Plaintiffs | : JUDGE KIM R. GIBSON |
| v. | : |
| TEREX CORPORATION, and<br>TEREX ADVANCE MIXER, INC.,<br>subsidiary of Terex Corporation, | : |
| Defendants | : |

## STIPULATION OF DISMISSAL

NOW, pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate to the dismissal of Plaintiffs' Complaint against Defendants, Terex Corporation and Terex Advance Mixer, Inc., a subsidiary of Terex Corporation with prejudice.

Respectfully Submitted,

GIEG & JANCULA, LLC

/s/ Christopher R. Jancula
_____
Christopher R. Jancula, Esquire
PA. ID #92880
cjancula@gieg-law.com

401 North Logan Boulevard
Altoona, PA 16602
(814) 946-1606

(Counsel for Plaintiffs)

DATED:  09/17/2025

REED SMITH

/s/ Thomas J. Gallagan
_____
Thomas J. Gallagan
PA ID #319487
tgalligan@reedsmith.com

Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA  15222

(Counsel for Defendants)

AND NOW, this 29th day of September, 2025,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE